139 A.3d 1185

IN THE MATTER OF STEPHEN ALTAMURO, AN ATTORNEY
AT LAW (ATTORNEY NO. 026501985).

July 21, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–200, concluding that **STEPHEN ALTAMURO** of **TURNERSVILLE,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STEPHEN ALTAMURO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.